**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ELIZABETH RAMOS, | ) | |
| | ) | Case No.: _____ |
| Plaintiff, | ) | |
| | ) | Removed from Circuit Court of |
| v. | ) | Greene County, Missouri |
| | ) | |
| OPENAI INC. | ) | State Court Cause No.: 2531-CC01005 |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. § 1332 and 1446, Defendant OpenAI, Inc. ("Defendant" or "OpenAI") hereby gives notice of the removal of the above-titled action to this Court from the Circuit Court of Greene County, Missouri. In support of its Notice of Removal, Defendant states as follows:

1. Plaintiff Elizabeth Ramos ("Plaintiff") commenced the above-titled action in the Circuit Court of Greene County, Missouri, on or about August 13, 2025, by filing her Petition in the case styled *Elizabeth Ramos v. OpenAI Inc.*, Case No. 2531-CC01005, against Defendant OpenAI, Inc.

2. The Summons and Petition were "served" upon counsel for OpenAI on August 28, 2025, at the offices of Buchanan, Williams & O'Brien, L.C. in Joplin, Missouri. Though counsel were not authorized to accept and did not accept service on behalf of OpenAI, this was the first notice of any kind of the filing of the Greene County suit by Plaintiff. This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b)(1).

3. Venue is proper in this Court because Plaintiff filed her Petition in the Circuit Court of Greene County, Missouri, which is located in the Western District of Missouri.

4.      The Court has original jurisdiction over the state court action under 28 U.S.C. § 1332 because there is jurisdiction based on diversity of citizenship.

5.      28 U.S.C. § 1332(a)(1) provides that federal district courts shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.

6.      Plaintiff's petition alleges damages of "over several million . . .[dollars]."

7.      The petition further states as follows: ". . . that may seem like a large number which in reality is more than likely much more in (lost value, licensing revenue, emotion distress, neurodivergent burnout, loss of wages during patent development and drafting over a year.), with potential millions or billions based on their revenue growth scaled and refined of my blueprint and training off my account."

8.      Thus, Plaintiff has alleged an amount in controversy that exceeds $75,000.00, exclusive of interest and costs, satisfying the jurisdictional amount requirement.

9.      Under 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed to be a citizen of every State by which it has been incorporated and of the State where it has its principal place of business.

10.     The Summons in this case prepared by Plaintiff lists her address at 2365 W. Woodbury Street, Springfield, Missouri and the "Petition for Damages and Injunction" alleges that Plaintiff resides at that same address.  Upon information and belief, Plaintiff resides in and is a citizen of the State of Missouri.

11.     OpenAI is a Delaware corporation with its principal place of business in San Francisco, California.

12.     Thus, this action is between parties of different states, satisfying the diversity requirement.

13.     Pursuant to 28 U.S.C. § 1446(d), Defendant has given written notice of its filing of this Notice of Removal to Plaintiff.  Defendant will also promptly file a copy of this Notice with the Circuit Court of Greene County, Missouri.

14.     No previous application has been made for the relief requested herein.

15.     OpenAI has not filed a responsive pleading or a motion in this action.

16.     Under Fed. R. Civ. P. 81(c)(2)(C), OpenAI's deadline to respond to the Complaint is the later of either (a) 21 days after service of the complaint, or (b) 7 days from the removal of this action, unless otherwise extended by agreement of the parties or by the Court.

17.     Pursuant to 28 U.S.C. 1446(a), copies of the state court file, including all process, pleadings and orders served upon Defendant in this action, are attached to this Notice as Exhibit A.

18.     In filing this Notice of Removal, OpenAI does not waive any defenses, counterclaims, rights to transfer or compel arbitration, or any other rights that may be available to OpenAI.

WHEREFORE, Defendant, by and through counsel, desiring to remove this civil action of the United States District Court for the Western District of Missouri, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Greene, Missouri, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,

_/s/ James V. O'Brien_
James V. O'Brien,        #23185
Franklin E. Buchanan, III,     #75212
Buchanan, Williams & O'Brien, P.C.
1105 E 32" Street, Suite 5
Joplin, MO 64804
Telephone:     417-623-0900
Facsimile:     417-781-9706
Email: jobrien@bwoattorneys.com
        fbuchanan@bwoattorneys.com


Sachli Balazadeh-Nayeri
Wilson, Sonsini, Goodrich & Rosati
1900 Avenue of the Stars, Floor 28
Los Angeles, CA 90067
Telephone:  415-947-2150
Email:   snayeri@wsgr.com
(pro hac vice pending)

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system and served via U.S. Mail this 26th day of

September, 2025, to:

Elizabeth Ramos
2365 W Woodbury St.
Springfield, MO 65807

_/s/ James V. O'Brien_
James V. O'Brien